**DISMISS; and Opinion Filed October 29, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00153-CV

**HAVEN VAUGHN, Appellant**

**V.**

**THE HOUSING AUTHORITY OF THE CITY OF DALLAS, TEXAS-CLIFF MANOR,**
**Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-05688-A**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Schenck
Opinion by Justice Fillmore

Appellant's brief in this case is overdue. By postcard dated September 17, 2018, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We cautioned appellant that failure to file her brief and extension motion would result in dismissal of this appeal. To date, appellant has not filed her brief or an extension motion, and has not otherwise corresponded with the Court regarding the status of her brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),(c).

/Robert M. Fillmore/
ROBERT M. FILLMORE
180153F.P05                                     JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

HAVEN VAUGHN, Appellant

No. 05-18-00153-CV        V.

THE HOUSING AUTHORITY OF THE
CITY OF DALLAS, TEXAS-CLIFF
MANOR, Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-17-05688-A.
Opinion delivered by Justice Fillmore,
Justices Lang and Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 29th day of October, 2018.